(35 Misc. Rep. 304.)

LEWIS v. METROPOLITAN ST. RY. CO.

(Supreme Court, Appellate Term.  June, 1901.)

MUNICIPAL COURT—REMOVAL OF CAUSE.
      Where a complaint in an action for personal injuries brought in the
      municipal court of New York City asked judgment for $245, with interest
      from a stated time, and the interest, if allowed, would make the damages
      exceed $250 at the time when a removal to the city court was asked, the
      order of removal was properly given.

Appeal from municipal court, borough of Manhattan, Third dis-
trict. ,

Action by Mary P. Lewis against the Metropolitan Street-Railway
Company.   From an order removing the case to the city court, plain-
tiff appeals.   Affirmed.

Argued before SCOTT, P. J., and BEACH and FITZGERALD, JJ.

Lewis & Harmstad, for appellant.
H. A. Robinson, for respondent.

PER CURIAM.   In the complaint the plaintiff demands "judgment
for two hundred and forty-five dollars, with interest from the 1st day
of June, 1900."   The action being for personal injuries, the jury may
award the interest when demanded, if it should see fit.   Its demand
brought the claim beyond the sum of $250, and the order of removal
is correct.   Order affirmed, with $10 costs.